# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARL FREDERIC SEALEY | CRIMINAL ACTION<br>NO. 17-00347-1 |

## ORDER

**AND NOW**, this 9th day of March 2021, upon consideration of Carl Frederic Sealey's Motion for Compassionate Release, (ECF 101), the Government's Response, (ECF 108), and Sealey's Reply, (ECF 111), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.